**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| 2007 Monaco Camelot Motor Home, | ) | Case No. 4:07-cv-061 |
| Vin 1RF33561971043797 | ) | |
| | ) | |
| Defendant. | ) | |

_____

Before the Court is a "Motion to Dismiss Civil Forfeiture" filed by the Government on February 11, 2007.  See Docket No. 8.

On September 11, 2008, the Government filed a complaint seeking the forfeiture of a 2007 Monaco Camelot Motor Home, VIN 1RF33561971043797 owned by David Hartley.  The complaint was served on David Hartley on September 13, 2007, and neither Hartley, nor any other person, answered the complaint.  In the parallel criminal case, United States v. David Peter Hartley, Case No. 4:07-cr-058, the same motor home was identified for forfeiture as is the subject of this lawsuit.  On October 10, 2007, Hartley and the United States filed a plea agreement, whereby Hartley agreed to forfeit his interest in the motor home.

Because forfeiture of the defendant's property was resolved in the criminal action, the Government has requested that the Court enter an order dismissing this civil action.  The Court **GRANTS** the Government's Motion to Dismiss (Docket No. 8).

**IT IS SO ORDERED.**

Dated this 13th day of February, 2008.

*/s/  Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court